# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0267

VERSUS

KERWIN SEABERRY                                       **JUNE 21, 2022**

---

In Re:     State of Louisiana, applying for supervisory writs,
           19th Judicial District Court, Parish of East Baton
           Rouge, Nos. 02-17-0072 & 02-17-0073.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT DENIED.**

                                      **JMG**
                                        **EW**

    **Whipple, C.J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

*a.Snl*
_____
DEPUTY CLERK OF COURT
    FOR THE COURT